UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Royal Kenneth HAYES,<br><br>                Petitioner,<br><br>       v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>                Respondent. | Case Number C 01 3926 MHP<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING APPLICATION FOR CERTIFICATE OF APPEAL-ABILITY AND REINSTATEMENT OF STAY OF EXECUTION<br><br>[Docket No. 41] |

       The Court previously granted judgment for Respondent and declined to issue a certificate of appealability. Petitioner has filed a belated request for a certificate of appealability. For the reasons stated in the Court's prior orders in the present action, Petitioner has not made any showing of the denial of a constitutional right, much less the substantial showing required for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2) (2007). Accordingly, Petitioner's application for a certificate of appealability is denied.

       The stay of execution previously entered in the present action expired upon the issuance of judgment for Respondent. However, Petitioner has filed a timely notice of appeal to the United States Court of Appeals for the Ninth Circuit. Accordingly, pursuant to 28 U.S.C. § 2251(a)(1) (2007), Petitioner's application for reinstatement of his stay of execution pending his appeal is granted: all proceedings related to the execution of Petitioner's sentence of death are

1  hereby stayed pending the resolution of Petitioner's appeal of the present action or contrary order
2  of the Court of Appeals or the Supreme Court of the United States.
3                                                                                    *It is so ordered.*
4
5
6  DATED: _July 3, 2007_                        _____
7                                                MARILYN HALL PATEL
                                                 United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 01 3926 MHP
ORDER REGARDING APPLICATION FOR CERTIFICATE OF APPEALABILITY AND REINSTATEMENT OF STAY OF EXECUTION
(DPSAGOK)